IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GLORIA T. MOSS )
 )
 )
 )
v. ) Case No. CV206-89
 )
HONEYWELL INTERNATIONAL, INC. )
*formerly known as* ALLIEDSIGNAL, INC. and )
*formerly known as* ALLIED CHEMICAL CORP )

## ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment # 07.
Motion for Judgment on the Pleadings # 09.

SO ORDERED this 8th day of February, 2007.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA